IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| TCW HIGH YIELD FUND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:05-CV-560-JFA |
| ) | |
| PRICEWATERHOUSECOOPERS LLP, ) | |
| JAMES R. BULLOCK, LESLIE W. ) | |
| HAWORTH, HENRY B. TIPPIE, ) | |
| JAMES L. WAREHAM, PAUL R. ) | |
| HUMPHREYS, KENNETH W. WINGER, ) | |
| MICHAEL J. BRAGAGNOLO, ) | |
| and TD SECURITIES (USA) INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

Pursuant to the Stipulation and Agreement of Settlement dated May 16, 2005 (the "Stipulation") between TCW High Yield Fund ("Plaintiff") and PricewaterhouseCoopers LLP ("PwC"), and all capitalized terms used herein having the meanings as set forth and defined in the Stipulation, IT IS HEREBY ORDERED THAT:

1. The Court has jurisdiction over the subject matter of the Action, the Plaintiff, and PwC.

2. The Action is hereby dismissed with prejudice and without costs, except as provided in the Stipulation, as against PwC.

3. Plaintiff and its successors and assigns are hereby permanently barred and

1